IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAROLD ROSENTHAL,

    Plaintiff

v.

UNKNOWN,

    Defendant

CIVIL ACTION FILE NO.
1:18-CV-1876-ODE-RGV

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed July 27, 2018 [Doc. 4] ("R&R"). No objections have been filed.

The R&R states that Plaintiff has failed to comply with the Court's Orders of May 7 and June 18, 2018, despite being advised that his failure to do so could result in dismissal of this action.[1] Therefore, Judge Vineyard recommends that this case be dismissed without prejudice for failure to prosecute and failure to obey the Court's Orders.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this case is DISMISSED WITHOUT PREJUDICE.

---

[1] The Court notes that the R&R mailed to Plaintiff at the United States Penitentiary in Atlanta was returned on August 14, 2018 marked "Return to Sender -- Refused -- Unable to Forward -- Deceased." Indeed, the Bureau of Prisons website indicates that Plaintiff died on August 3, 2018.

SO ORDERED, this 23 day of August, 2018.

                                                  _____
                                                  ORINDA D. EVANS
                                                  UNITED STATES DISTRICT JUDGE